**IN THE COURT OF APPEALS OF THE STATE OF IDAHO**

**Docket No. 41029**

| | | |
|---|---|---|
| **STATE OF IDAHO,** | ) | **2013 Unpublished Opinion No. 742** |
| | ) | |
| Plaintiff-Respondent, | ) | **Filed: November 8, 2013** |
| | ) | |
| v. | ) | **Stephen W. Kenyon, Clerk** |
| | ) | |
| **MATTHEW CARL MALMIN, aka** | ) | **THIS IS AN UNPUBLISHED** |
| **MATTHEW KARL (CARL) HOLDER;** | ) | **OPINION AND SHALL NOT** |
| **SCOTT NORMANSON; BEETLEJUICE,** | ) | **BE CITED AS AUTHORITY** |
| | ) | |
| Defendant-Appellant. | ) | |
| | ) | |

Appeal from the District Court of the Fourth Judicial District, State of Idaho, Ada County. Hon. Cheri C. Copsey, District Judge.

Judgment of conviction and unified sentence of twenty-five years, with a minimum period of confinement of ten years, for trafficking in heroin, <u>affirmed</u>.

Nevin, Benjamin, McKay & Bartlett, LLP; Dennis A. Benjamin, Boise, for appellant.

Hon. Lawrence G. Wasden, Attorney General; Kenneth K. Jorgensen, Deputy Attorney General, Boise, for respondent.

---

Before GUTIERREZ, Chief Judge; LANSING, Judge;
and GRATTON, Judge

---

PER CURIAM

Matthew Carl Malmin was convicted of trafficking in heroin, Idaho Code § 37-2732B(a)(6). The district court sentenced Malmin to a unified term of twenty-five years, with a minimum period of confinement of ten years. Malmin appeals, contending that his sentence is excessive.

Sentencing is a matter for the trial court's discretion. Both our standard of review and the factors to be considered in evaluating the reasonableness of the sentence are well established and need not be repeated here. *See State v. Hernandez*, 121 Idaho 114, 117-18, 822 P.2d 1011, 1014-

1

15 (Ct. App. 1991); *State v. Lopez*, 106 Idaho 447, 449-51, 680 P.2d 869, 871-73 (Ct. App. 1984); *State v. Toohill*, 103 Idaho 565, 568, 650 P.2d 707, 710 (Ct. App. 1982). When reviewing the length of a sentence, we consider the defendant's entire sentence. *State v. Oliver*, 144 Idaho 722, 726, 170 P.3d 387, 391 (2007). Applying these standards, and having reviewed the record in this case, we cannot say that the district court abused its discretion.

Therefore, Malmin's judgment of conviction and sentence are affirmed.